UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MOSE PRESCOTT, JR., | ) |
| Plaintiff, | ) |
| v. | ) CV423-277 |
| CHATHAM COUNTY DETENTION CENTER, *et al.*, | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Reports and Recommendations (R&Rs), (doc. nos. 6 & 8), to which no objections have been filed. Accordingly, the Reports and Recommendations are **ADOPTED**. Plaintiff's Amended Complaint is **DISMISSED**. (Doc. no. 7.) The Clerk is **DIRECTED** to close this case.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of January, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA